**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| OFFICIAL STANFORD INVESTORS COMMITTEE, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 3:11-CV-01025 |
| CHAMBERLAIN, HRDLICKA, WHITE, WILLIAMS & MARTIN, L.L.P., | § § § | |
| Defendant. | § § | |

**JOINT STATUS REPORT**

Plaintiff Official Stanford Investors Committee and Defendant Chamberlain, Hrdlicka, White, Williams & Martin, L.L.P., file this Joint Status Report in compliance with the Court's July 12, 2012 Order Requiring Status and Scheduling Conference (Doc. 11), and would show the following:

1.     Joint Status Report as to the Parties' Position on the following matters:

    a.     A brief statement of the nature of the case and the contentions of the parties:

**This is a fraudulent transfer lawsuit in which Plaintiff seeks disgorgement of approximately $580,000 from Defendant.   Plaintiff alleges that Defendant was paid approximately $580,000 by Stanford Financial Group Company, Stanford Financial Group Global Management, and Stanford Group Company (collectively referred to as the "Stanford Entities") for tax advice provided to and representation of Allen Stanford in his personal tax disputes with the Internal Revenue Service.  Plaintiff alleges that the source of these payments involved revenue from the sale of allegedly fraudulent certificates of**

deposit, which revenue allegedly was transferred from the Stanford Entities to Defendant. Plaintiff alleges that Defendant provided no value to the Stanford Entities in return for these payments.  Plaintiff seeks disgorgement of these payments from Defendant that Plaintiff alleges were fraudulently transferred from the Stanford Entities to Defendant. Plaintiff alternatively alleges that it is entitled to disgorgement of these payments under the Doctrine of Unjust Enrichment.

Defendant denies the allegations of Plaintiff.  Defendant asserts that any payments from the Stanford Entities to Defendant were made for reasonably equivalent value, in good faith, and without knowledge of the voidability of any transfer, as the payments were made in connection with Defendant's representation of the Stanford Entities.  Defendant asserts that it represented the Stanford Entities, and not Allen Stanford, in the matters for which the Stanford Entities paid Defendant approximately $580,000; that the Stanford Entities benefitted from the legal services provided by Defendant; that Defendant acted in good faith in receiving these payments; and that Defendant has a bona fide and legitimate claim to such payments. Defendant asserts that all compensation paid to it by the Stanford Entities was fair and reasonable, justly earned, and comparable to compensation for similar labor in the relevant industry.  Defendant further asserts that some or all of Plaintiff's claims are barred by the statute of limitations.

b.     Status of settlement discussions:

The parties have discussed the possibility of settlement but have concluded that substantive settlement discussions are premature at this time.

c.     Possible joinder of additional parties:

None.

d.     Any anticipated challenges to jurisdiction or venue:

**None.**

 e. Date by which the case will be ready for trial and estimated length of trial:

**August 12, 2013.  Estimated length of trial is two to three days.**

 f. Desirability of ADR, and timing for ADR:

**The parties may consider ADR after completing discovery.**

 g. Any objections to disclosure under Rule 26(a)(1):

**None at this time.**

2. Status of the Rule 26(f) Conference:

**The parties conducted the Rule 26(f) conference telephonically on August 6, 2012 through their counsel. This Joint Status Report is filed in conformity with Rule 26 and in compliance with the Court's Order of July 23, 2012.**

Respectfully submitted,

CASTILLO SNYDER, P.C.

By: /s/ Edward C. Snyder
  Edward C. Snyder
  Texas Bar No. 00791699
  esnyder@casnlaw.com
  Bank or America Plaza, Suite 1020
  300 Convent Street
  San Antonio, Texas 78205
  (210) 630-4200
  (210) 630-4210 (Facsimile)

NELIGAN FOLEY, LLP


By:  /s/ Nicholas A. Foley
      Nicholas A. Foley
      nfoley@neliganlaw.com
      Douglas J. Buncher
      dbuncher@neliganlaw.com
      Republic Center
      325 N. St. Paul, Suite 3600
      Dallas Texas 75201
      (214) 840-5320
      (214) 840-5301 (Facsimile)


MORGENSTERN & BLUE, LLC


By:  /s/ Peter D. Morgenstern
      Peter D. Morgenstern
      (*admitted pro hac vice*)
      pmorgenstern@mfbnyc.com
      885 Third Avenue
      New York, New York 10022
      (212) 750-6776
      (212) 750-3128 (Facsimile)

Attorneys for The Official Stanford Investors
Committee

FULBRIGHT & JAWORSKI L.L.P.

By: /s/ Reagan M. Brown
     Reagan M. Brown
     State Bar No.  03162200
     rbrown@fulbright.com
     Fulbright Tower
     1301 McKinney, Suite 5100
     Houston, Texas  77010-3095
     (713) 651-5151
     (713) 651-5246 (Facsimile)

Attorneys for Defendant Chamberlain,
Hrdlicka, White, Williams & Martin, L.L.P.

## CERTIFICATE OF SERVICE

This pleading, Joint Status Report, was served in compliance with the Federal Rules of Civil Procedure by Electronic Service and/or certified mail/return receipt requested, on August _15_, 2012:

Edward C. Snyder
esnyder@casnlaw.com
Castillo Snyder, P.C.
Bank or America Plaza, Suite 1020
300 Convent Street
San Antonio, Texas 78205
Phone: (210) 630-4200
Fax:    (210) 630-4210

Nicholas A. Foley
nfoley@neliganlaw.com
Douglas J. Buncher
dbuncher@neliganlaw.com
Neligan Foley, L.L.P.
Republic Center
325 N. St. Paul, Suite 3600
Dallas Texas 75201
Phone: (214) 840-5320
Fax:    (214) 840-5301

Peter D. Morgenstern (*admitted pro hac vice*)
pmorgenstern@mfbnyc.com
Morgenstern & Blue, LLC
885 Third Avenue
New York, New York 10022
Phone: (212) 750-6776
Fax:    (212) 750-3128

Reagan M. Brown